DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JANE EISENPRESSER,**
Appellant,

v.

**NANCY KOENIG** and **ESTATE OF HARRIET NUMEROFF,**
Appellee.

No. 4D17-1532

[October 11, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Howard K. Coates, Judge; L.T. Case No. 502013CP004056XXXXSB.

Brandon J. Pratt and Jennifer L. Fox of Huth, Pratt & Milhauser, Boca Raton, for appellant.

Ronald P. Ponzoli, Leslie Arsenault Metz, and John G. White, III of Gray/Robinson, P.A., West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, MAY and FORST, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***